# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Janice Schroeder, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 08-3412-CV-S-JTM |
| Jo Anne B. Barnhart, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Monday, May 17, 2010, oral arguments were held on the *Plaintiff's Social Security Brief*, filed November 5, 2009 (Doc. #8) and the *Brief For Defendant*, filed February 19, 2010 (Doc. #13). After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                              */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                                    **United States Magistrate Judge**